**IN THE UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**ERNEST NAJERA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**No. 19-1050**

**BOBBY BROOKHOUSER and**
**DAVID OLGUIN,**

    **Defendants.**

**NOTICE OF REMOVAL**


Defendant David Olguin, by and through counsel, the New Mexico Association of Counties (Brandon Huss, Nick Autio and Mark Drebing), states the following for his Notice of Removal:

1. Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, Defendant exercises his right to remove this action from the Sixth Judicial District, County of Luna, State of New Mexico, where the case is now pending by the name and style of *Ernest Najera v. Bobby Brookhouser and David Olguin,* Sixth Judicial District Court No. D-619-CV-2019-00343. Plaintiff's action, upon information and belief, arises out of alleged violations of the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983.

2. This Court has original jurisdiction as provided in 28 U.S.C. § 1331 in that the cause arises under the Constitution and laws of the United States brought pursuant to 42 U.S.C. § 1983 in the First Count of Plaintiff's Complaint.

3. On October 9, 2019, Plaintiff served Defendant David Olguin by personal service.

4. Defendant David Olguin hereby exercises his right to remove this claim to the federal court.

5. Defendant Bobby Brookhouser was also served on October 9, 2019, by personal service. Defendant Brookhouser, through his counsel of record, Mark Standridge, consents to the removal of this case to federal court.  See Exhibit A.

6. This Notice of Removal is timely filed in accordance with the requirements of 28 U.S.C. § 1446(b).

7. Pursuant to the requirements of 28 U.S.C. § 1446, Defendant attaches, and incorporates by reference, copies of the following pleadings served on the Defendant in this action:

   A.  Complaint (Exhibit B);

   B.  Return of Service for Defendant Olguin (Exhibit C);

   C.  Return of Service for Defendant Brookhouser (Exhibit D); and

   D.  Copy of the NMCourts.com lookup page (Exhibit E).

8. Defendant desires and is entitled to have this cause removed from the Sixth Judicial District Court, County of Luna, State of New Mexico.

9. Written notice of the filing of this Notice is being sent contemporaneously to Plaintiff as required by law.

10. A true and accurate copy of this notice will be filed with the clerk of the Sixth Judicial District Court, County of Luna, State of New Mexico, as required by law.

Respectfully submitted,

NEW MEXICO ASSOCIATION OF COUNTIES


By: ___*/s/ Mark Drebing*_____ _
        BRANDON HUSS
        NICK AUTIO
        MARK DREBING
        111 Lomas Blvd., N.W., Ste. 424
        Albuquerque, NM   87102
        (505) 820-8116
        bhuss@nmcounties.org
        mdrebing@nmcounties.org
        nautio@nmcounties.org
        *Attorneys for Defendant David Olguin*


I HEREBY CERTIFY that on the 8th day of November, 2019,
I caused the foregoing Notice of Removal to be served via
electronic means on all counsel of record and to be filed with the
New Mexico state district court.


 */s/ Mark Drebing*_____
MARK DREBING