IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST NAJERA,

    Plaintiff,

vs.                                                  No. CV-19-1050 KG/KRS

BOBBY BROOKHOUSER and
DAVID OLGUIN,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

THIS MATTER having come before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents*, Doc. No. 49 (filed March 23, 2021), and the Court being fully advised in the premises, FINDS that the Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the parties shall file closing documents by April 23, 2021.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted by:

 /s/ Mark D. Standridge
Mark D. Standridge
Jarmie & Rogers, P.C.
P.O. Box 344
Las Cruces, NM 88004
(575) 288-1453
Fax: (505) 242-5777
mstandridge@jarmielaw.com
*Attorneys for Defendant Brookhouser*


Approved:

KENNEDY KENNEDY & IVES, PC

 /s/ approved via e-mail on March 23, 2021 by:
Joseph P. Kennedy
1000 2nd Street NW
Albuquerque, NM 87102
(505) 244-1400 / Fax: (505) 244-1406
jpk@civilrightslaw.com
*Attorneys for Plaintiff*